UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                                        Plaintiff,

v.                                                                                  5:98-CV-1772
                                                                                    (FJS/GHL)
CARROLS CORPORATION,

_____
                                                        Defendant.

APPEARANCES:                                              OF COUNSEL:

EQUAL EMPLOYMENT OPPORTUNITY                JUDY A. KEENAN, ESQ.
    COMMISSIONS
33 Whitehall Street
5th Floor
New York, New York 10004

ORRICK, HERRINGTON & SUTCLIFFE, LLP        JOHN D. GIANSELLO, III, ESQ.
Counsel for Defendant
666 Fifth Avenue
New York, New York 10103-0001

GEORGE H. LOWE, United States Magistrate Judge

## **ORDER**

     The Court having considered the parties' submissions (Dkt. Nos. 109, 114, 115, 116, 117,

118) and having heard counsel's oral arguments on October 26, 2005, it is hereby

     **ORDERED**, that the following schedule will apply for a motion by Defendant for

summary judgment with respect to certain of the individual claims:

     **February 27, 2006**:  On or before this date, Defendant's moving papers will be

electronically filed.

     **April 27, 2006**:  On or before this date counsel will confer in a good faith effort to

agree upon discovery, if any, that should be conducted pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

**May 11, 2006**: On or before this date, counsel will electronically file a letter to the Court advising as to the status of discovery issues and the impact, if any, of those issues on the schedule for filing Plaintiff's opposition papers.

**June 27, 2006**: On or before this date Plaintiff's opposition papers will be electronically filed (unless this date has been extended because of discovery issues).

**August 11, 2006**: On or before this date, Defendant's reply papers will be electronically filed (unless this date has been extended because of discovery issues).

**IT IS FURTHER ORDERED**, that the claimant group in this case is limited to the 511 individual claimants who have been identified by Plaintiff, and no additional claimants shall be added to the group.

Dated: October 27, 2005
      Syracuse, New York

                                      George H. Lowe
                                      United States Magistrate Judge