UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
                                Plaintiff, :
                                      :     98-CV-1772 (FJS)(TWD)
                              v. :

CARROLS CORPORATION, :
                                Defendant. :
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Carrols Corporation ("Carrols"), pursuant to Federal Rule of Civil Procedure 41(a)(1), move for a dismissal of this case with prejudice.

On January 10, 2013, a Consent Decree between the parties was entered by the Court. The Consent Decree was to remain in effect for two years from the date of entry. Carrols fully complied with its obligations under the Consent Decree, and the parties, pursuant to Paragraph 39 of the Consent Decree, submit this Stipulation of Dismissal to the Court.

Now therefore, the Court orders as follows:

1. The Court dismisses this case with prejudice.

WHEREFORE, this case is dismissed with prejudice and without costs.


**SO ORDERED, ADJUDGED AND DECREED this** _____ **day of January 2015.**


                                                             **U.S. District Court Judge**

APPROVED IN FORM AND CONTENT:

| FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | FOR DEFENDANT CARROLS CORPORATION |
|---|---|
| *[signature]* | |
| Robert D. Rose<br>Regional Attorney<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>New York District Office<br>33 Whitehall St., 5th Floor<br>New York, NY 10004<br>Phone: (212) 336-3708<br>Fax:   (212) 336-3623 | Michael Delikat<br>John D. Giansello<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>51 W. 52nd Street<br>New York, NY  10019-6142<br>Phone:  (212) 506-5000<br>Fax:  (212) 506-5151 |
| DATED: _1/26/15_ | DATED: _____ |
| | *[signature]*<br>Jeffrey J. Mayer<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Phone:  (312) 360-6000<br>Fax:  (312) 360-6596 |
| | DATED: _1/26/15_ |

APPROVED IN FORM AND CONTENT:

| FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | FOR DEFENDANT CARROLS CORPORATION |
|---|---|
| Elizabeth Grossman<br>Regional Attorney<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>New York District Office<br>33 Whitehall St., 5th Floor<br>New York, NY 10004<br>Phone: (212) 336-3705<br>Fax:  (212) 336-3696<br><br>DATED:_____ | Michael Delikat<br>John D. Giansello<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>51 W. 52nd Street<br>New York, NY 10019-6142<br>Phone: (212) 506-5000<br>Fax: (212) 506-5151<br><br>DATED: Jan 14, 2015 |

Jeffrey J. Mayer
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Phone: (312) 360-6000
Fax: (312) 360-6596

DATED:_____

Michael Delikat (ND Bar No. 509801)
John D. Giansello (ND Bar No. 510787)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
Telephone: (212) 506-5000
Fax: (212) 506-5151
Email: jgiansello@orrick.com

Jeffrey J. Mayer (ND Bar No. 512003)
Catherine A. Miller (ND Bar No. 516699)
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone: (312) 360-6000
Fax: (312) 360-6596
Email: jmayer@freebornpeters.com

Attorneys for Defendant
Carrols Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>-- against -- )<br>)<br>CARROLS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 98 Civ. 1772 (FJS/TWD) |

## CERTIFICATE OF SERVICE

Catherine A. Miller hereby certifies that, on the 2th day of January, 2015, I caused to be served upon Equal Employment Opportunity Commission, Plaintiff in the above-captioned action, the following papers:

Stipulation of Dismissal which was served by ECF filing. In addition, copies of the foregoing document were served this 26th day of January, 2015, by being placed in an envelope, which envelope was then sealed and addressed to:

> Robert D. Rose, Esq.
> Supervisory Trial Attorney
> Equal Employment Opportunity Commission
> 33 Whitehall Street, 5th Floor
> New York, NY 10004
> Telephone: (212) 336-3708

and sent via Federal Express, with all applicable charges prepaid, for delivery Tuesday, January 27, 2015.

Dated: January 26, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CARROLS CORPORATION

　　　　　　　　　　　　　　　　　　　　/s/ Catherine A. Miller
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　　　Michael Delikat (ND Bar No. 509801)
　　　　　　　　　　　　　　　　　　　　John D. Giansello (ND Bar No. 510787)
　　　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP
　　　　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 506-5000

　　　　　　　　　　　　　　　　　　　　Jeffrey J. Mayer (ND Bar No. 512003)
　　　　　　　　　　　　　　　　　　　　Catherine A. Miller (ND Bar No. 516699)
　　　　　　　　　　　　　　　　　　　　FREEBORN & PETERS LLP
　　　　　　　　　　　　　　　　　　　　311 S. Wacker Drive, Suite 3000
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 360-6000