**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

                            **Plaintiff,**

vs.                                                                          5:98-cv-1772 (FJS/TWD)

**CARROLS CORPORATION,**

                            **Defendant.**

---

**APPEARANCES**                                                                      **OF COUNSEL**

**EQUAL EMPLOYMENT**                                      **GILLIAN L. THOMAS, ESQ.**
**OPPORTUNITY COMMISSION**                     **RAECHEL L. ADAMS, ESQ.**
33 Whitehall Street, 5th Floor                                   **ADELA P. SANTOS, ESQ.**
New York, New York 10004                                     **SUNU P. CHANDY, ESQ.**
Attorneys for Plaintiff                                                **JUDY A. KEENAN, ESQ.**
                                                      **ROBERT D. ROSE, ESQ.**

**ORICK, HERRINGTON &**                                **JOHN D. GIANSELLO, III, ESQ.**
**SUTCLIFFE LLP**                                                 **MICHAEL DELIKAT, ESQ.**
51 West 52nd Street
New York, New York 10019
Attorneys for Defendant

**FREEBORN & PETERS LLP**                            **JEFFREY J. MAYER, ESQ.**
311 South Wacker Drive, Suite 3000                    **CATHERINE A. MILLER, ESQ.**
Chicago, Illinois 60606                                            **RACHEL ATTERBERRY, ESQ.**
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER TO SEAL

The Court is in the process of making electronic all cases filed prior to the implementation the Court's Case Management and Electronic Case Files system. Case documents that were not electronically filed are in the process of being entered onto the docket in an electronic form. In this case, redacted versions of certain documents were filed with the Clerk while the unredacted versions

were submitted directly to the judge's chambers and were not filed. In an effort to maintain a complete record of all documents submitted to the Court, it is hereby

**ORDERED** that all **unredacted documents** that were not filed with the Clerk shall now be **filed under seal**.

**IT IS SO ORDERED**.

March 26, 2018
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge